No. 22-3088

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA

JESUS D. RIVERA,

*Appellant*,

v.

UNITED STATES OF AMERICA,

*Appellee*.

On Appeal from the United States District Court
for the District of California
No. 1:21-cr-00060-CKK-1
Hon. Colleen Kollar-Kotelly

## APPELLANT'S MOTION FOR EXTENSION OF TIME
## IN WHICH TO FILE OPENING BRIEF

John M. Pierce, Esq.
**JOHN PIERCE LAW, P.C.**
21550 Oxnard Street,
3rd Floor, PMB 172
Woodland Hills, CA 91367
(213) 279-7846
jpierce@Johnpiercelaw.com

*Attorneys for Appellant*
*Jesus D. Rivera*

# INTRODUCTION

The Appellant-Defendant, by counsel, respectfully requests a 14 day extension of time in which to file his opening appellate brief.

This case is about unconstitutionally sentencing a defendant for choosing to exercise his Sixth Amendment right to go to trial.

In November 2022, Jesus Rivera ("Mr. Rivera") was convicted of nonviolent misdemeanors, which involved no force or destruction to anyone's person or public property. Mr. Rivera simply documented and commented on the events that took place in January of 2021 and was unfairly sentenced to eight (8) months. This sentence is said to be disproportionate to the offense and viewed as punishment for Mr. Rivera deciding to exercise his constitutional rights to go to trial.

The question before this court turns on whether Mr. Rivera's eight (8) month sentence was justified under the circumstances. Mr. Rivera maintains that his sentence was the result of him exercising his constitutional right to go to trial. That is, it is Mr. Rivera's contention from his lived experience with these interactions that the sentence was retaliatory and the employment of intimidation of Rivera and as a warning to others to plead guilty instead of asserting their due process rights.

**Error! Unknown document property name.**

"A trial judge may not punish a defendant for exercising his Sixth Amendment right to trial. *Dalton v. United States*, 58 A.3d 1005, 1015 (D.C. 2013). When it comes to the due process of law, it is a requirement that "even the appearance of vindictiveness" is "absent from judicial proceedings." *Thorne*, 46 A.3d at 1088. When the defendant exercises a constitutional right and subsequent action is taken that is harmful against him surrounded by circumstances exhibiting "'a reasonable likelihood of vindictiveness,' an improper vindictive motive will be presumed unless it is overcome by 'objective information in the record justifying' the action. *Id.* (citing *Goodwin*, 457 U.S. at 373-74).

### REQUEST FOR EXTENSION OF TIME

Appellant's counsel has drafted a substantial amount of his opening brief. Appellant's counsel has researched and found and listed eight major cases including two U.S. Supreme Court cases.

However, this issue – which the Appellant-Defendant (and other Defendants in related cases involving events on or about January 6, 2021) personally and individually feels very strongly about – is obviously a complex one and not a common one.

Therefore, in doing the preparation of the brief, counsel has come to see that the issue should be explored and researched more fully and the arguments more fully developed.

Therefore, counsel believes the Appellant's brief will be more useful and informative to the Court and more helpful for the Appellant.

## CONCLUSION

For the foregoing reasons, the Appellant respectfully requests the Court to grant an extension of 14 days for him to complete the brief and file it.

Appellant has not obtained a position from the Government on this motion.

March 6, 2023

Respectfully Submitted,
JESUS RIVERA, *By Counsel*

_____/s/_____
John M. Pierce
John Pierce Law, P.C.
21550 Oxnard Street,
Woodland Hills, CA 91367
Telephone: (213) 279-7846
Email: Jpierce@Johnpiercelaw.com
*Attorney for Appellant*
*Jesus D. Rivera*

**CERTIFICATE OF SERVICE**

I hereby certify from my review of the Court's PACER system, that the foregoing will be delivered automatically through the Court's computerized ECF system to the following attorneys of record listed with the Court's ECF system:

>MATTHEW M. GRAVES
>United States Attorney
>
>CHRISELLEN R. KOLB
>BARRY K. DISNEY
>Assistant United States Attorneys
>
>Office of the United States Attorney
>601 D Street, NW, Room 6.232
>Washington, D.C. 20530
>Elizabeth.Danello@usdoj.gov
>
>(202) 252-6829

        _/s/_
       John M. Pierce